Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_Tampa_ Division

|  |  |  |
|---|---|---|
| Latchman Kaladeen | ) | Case No. |
| _Plaintiff(s)_ | ) | _____ |
| (Write the full name of each plaintiff who is filing this complaint. | ) | _(to be filled in by the Clerk's Office)_ |
| If the names of all the plaintiffs cannot fit in the space above, | ) | |
| please write "see attached" in the space and attach an additional | ) | 8:24 cv 1373 KKM - UAM |
| page with the full list of names.) | ) | |
| -v- | ) | |
|  | ) | |
|  | ) | |
| CoreCivic Coorperation | ) | |
| David Howard (Dentist) | ) | |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the | ) | |
| names of all the defendants cannot fit in the space above, please | ) | |
| write "see attached" in the space and attach an additional page | ) | |
| with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name ____ Latchman Kaladeen ____

All other names by which
you have been known: _____

ID Number ____ 40901018 ____

Current Institution ____ Citrus County Detention Facility ____

Address ____ 2604 W. Woodland Ridge Dr ____
____ Lecanto _____ FL ____ 34461 ____
        City        State      Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name ____ CoreCivic Coorperation ____

Job or Title *(if known)* ____ Citrus County Detention Facility ____

Shield Number ____ N/A ____

Employer ____ CoreCivic Coorperation ____

Address ____ 2604 W. Woodland Ridge Dr. ____
____ Lecanto _____ FL ____ 34461 ____
        City        State      Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name ____ David Howard ____

Job or Title *(if known)* ____ Dentist ____

Shield Number ____ N/A ____

Employer ____ CoreCivic / Subcontracted ____

Address ____ 2604 W. Woodland Ridge Dr ____
____ Lecanto _____ FL ____ 34461 ____
        City        State      Zip Code

☑ Individual capacity   ☑ Official capacity

Defendant No. 3

Name — *United States Marshalls*

Job or Title *(if known)* — *Government Officials*

Shield Number

Employer — *United States*

Address

|      City      |     State      |    Zip Code    |
| --- | --- | --- |

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name — *Corrections Corp of America.*

Job or Title *(if known)*

Shield Number

Employer

Address

|      City      |     State      |    Zip Code    |
| --- | --- | --- |

☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Eighth Amendment right where Mr. Howard and CoreCivic staff show deliberate indifference.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *Deliberate indifference by a Federal Facility in which violates the Eighth Amendment to the United States Constitution.*

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Mr. Howard who is contracted to provide safe dental practice by CoreCivic.*
*CoreCivic who is contracted by Corrections Corp of America.*
*Corrections Corp of America is contracted by the United States*
*Marshals and they are all supposed to ensure that they hire professionals*
*who can guarantee the health and safety of its clients/inmates.*

**III. Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☑ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

**IV. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *(See Attachment-A Complaint)*

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*CoreCivic in the Citrus County Detention Facility on the*
*4th day of April, in the year 2024, in the medical office*
*with dentist Howard. at approximately 9:00 am.*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

April 4, 2024 at approximately 9:00 am.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was physically and mental injured by dentist Howard who is contracted by CoreCivic and then emergency rushed to the Citrus Hospital and seen by ER Doctor Armstrong and Nurse Katy.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mr. Howard broke and removed teeth that he was not supposed to and fractured my jaw and cheek bone while also removing part of my jaw-bone. I was emergency rushed to the Citrus County Hospital where X-rays and catscans were done and confirmed a broken jaw with fractures to the jaw-bone and the cheek bone and damage to the nasal cavity. Surgery was scheduled and I was never taken.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The relief sought is to be compensated in any and all medical bills and required procedures including all medical expenses both past, present, and future to be paid by the defendants herein and to also encompass all perscriptions as well. I also seek to be compensated for such injuries in the amount of $1,500,000.00 for physical, emotional, and mental injuries inflicted by the defendants.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Citrus County Detention Facility*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure? ·

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Medical malpractice and Neglect/carelessness*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
       concerning the facts relating to this complaint?

       ☑ Yes

       ☐ No

       If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
       other correctional facility?

       ☐ Yes

       ☐ No

E.     If you did file a grievance:

       1.   Where did you file the grievance?

       _Citrus County Detention Facility and with medical and warden._

       2.   What did you claim in your grievance?

       _The same thing as in the complaint_

       3.   What was the result, if any?

       _No action is being taken and facility refuses to provide_
       _records_

       4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
            not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

       _Warden Medical, and staff refuse to cooperate and_
       _refuse to follow proper medical care and examinations._
       _They also refuse to respond to grievances so that I_
       _may continue process_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_N/A_

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_N/A_

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_Submitted several request to address these issues. I have spoken to management and staff to address these issues along with submitting grievances and medical request._

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) _Refer to Exibits 1, 2, 3, and 4._

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_N/A_

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   *No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    _____

    Defendant(s)    _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition    _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _5_/_11_/_2024_

Signature of Plaintiff   _X Julian Kalgh_

Printed Name of Plaintiff   _Latchman Kalacleen_

Prison Identification #   _4090 1018_

Prison Address   _Citrus County Detention Facility_
_2604 W. Woodland Ridge Dr_
_Lecanto_ _____ _FL_ _34461_
          City          State     Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   ·   _____

Name of Law Firm   _____

Address   _____

          City          State     Zip Code

Telephone Number   _____

E-mail Address   _____